UNITED STATES of America, Plaintiff–Appellee,

v.

Jamar Leon PRESSEY, Defendant–Appellant.

No. 13–6374.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 14, 2013.

Decided: Aug. 21, 2013.

Jamar Leon Pressey, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Leon Pressey appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pressey,* No. 7:09–cr–00047–FL–1 (E.D.N.C. Mar. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*